Eric J. Neal, WSBA #31863
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
eneal@letherlaw.com
*Counsel for Plaintiff,*
*United Financial Casualty Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>MELBIN QUEZADA CARRERA, an individual,<br><br>Defendants. | Case No. 2:23-cv-354<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

United Financial Casualty Company (UFCC) submits the following Complaint for Declaratory Relief pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. 57.

**I. PARTIES**

COMPLAINT FOR DECLARATORY RELIEF - 1
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

1. UFCC is a foreign insurer organized under the laws of the State of Ohio with its principal place of business in the State of Ohio.

2. Defendant Melbin Quezada Carrera is a resident and citizen of the state of Washington.

## II.   JURISDICTION AND VENUE

3. Jurisdiction is properly before this Court pursuant to 28 U.S.C. § 1332 et seq., as complete diversity exists among the parties and the amount in controversy exceeds $75,000.

4. This Court has jurisdiction over this Declaratory Judgment action pursuant to 28A U.S.C. § 2201 because there is an actual and justiciable controversy between the parties with respect to the existence of insurance coverage under the Policy of insurance issued by UFCC. A judicial determination and declaration of the rights and obligations of the parties is necessary and appropriate at this time because UFCC has no adequate remedy allowed to resolve the current controversy.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as this action involves a dispute over the application of insurance coverage under policies written out of Washington, events and omissions which give rise to this claim occurred in this district, and because Defendant is subject to this Court for personal jurisdiction.

COMPLAINT FOR DECLARATORY RELIEF - 2
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

## III.    FACTUAL BACKGROUND

A.    <u>The Subject Loss</u>

6.    This claim arises out of a loss that occurred on March 11, 2022, involving three (3) vehicles in Warden, Washington.

7.    Upon information and belief, at the time of the loss described herein, Defendant was an employee of Alfonso Hernandez. Hernandez owns and operates a construction business in Pasco, Washington.

8.    UFCC issued a Washington Commercial Auto Policy of insurance to Alfonso Hernandez, policy number 01507436-004 (hereinafter, the "UFCC Policy"). The UFCC Policy was in effect from December 18, 2021, to June 18, 2022.

9.    On March 11, 2022, Jorge Gomez-Acevedo was driving a 2002 Chevrolet Silverado (the "Silverado") owned by Alfonso Hernandez. The Silverado was traveling southbound on SR17 approaching Road 10 SE.

10.    Defendant and non-party Oscar Farias Zapeda were passengers in the Silverado being driven by Gomez-Acevedo.

11.    A 2016 Toyota Camry (the "Camry") was also traveling southbound in the lane next to the Silverado.

12.    A 2021 Kenworth Semi Truck (the "Semi") was traveling northbound on SR17 approaching Road 10 SE.

COMPLAINT FOR DECLARATORY RELIEF - 3
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

13. The Camry stopped to wait for a break in traffic to turn left on to Road 10 SE.

14. The Silverado failed to stop in time and attempted to swerve left which caused it to collide with the rear of the Camry.

15. The Silverado was then propelled into the northbound lane and was struck by the Semi.

16. This incident caused injuries to all occupants of the Silverado and resulted in a death of passenger Farias Zapeda.

17. To date, UFCC has not been provided with any evidence regarding the employment status of all occupants of the Silverado at the time of the subject loss.

18. Upon receiving notice of the subject loss on May 16, 2022, UFCC promptly opened a claim and began its claims investigation.

19. On October 16, 2022, January 3, 2023, and February 9, 2023, UFCC sent letters to Quezada Carrera requesting he contact UFCC so that it could complete its investigation and resolve the claim.

20. On March 3, 2023, UFCC received a letter advising that Quezada Carrera was represented by counsel. The letter further stated that Quezada Carrera was making a claim for injuries arising out of the subject loss.

21. On March 10, 2023, UFCC received an additional letter from Counsel

COMPLAINT FOR DECLARATORY RELIEF - 4
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

for Quezada Carrera, responding to UFCC's February 9, 2023, letter. The letter stated that UFCC's investigation was "premature" and that Quezada Carrera would not be cooperating with UFCC's investigation or submitting to an examination until "liability is settled."

22. On or around March 10, 2023, UFCC agreed to defend Hernandez and Gomez-Acevedo subject to a Reservation of Rights with regard to the Quezada Carrera claim.

23. UFCC is currently defending Hernandez and Gomez-Acevedo pursuant to an express reservation of rights.

24. On August 10, 2023, Quezada Carrera filed suit against Gomez-Acevedo, entitled *Melbin I. Quezada-Carrera v. Jorge Gomez Acevedo,* Superior Court of Washington for Franklin County, Case No. 23-2-50725-11 (the "Underlying Lawsuit")

25. The Underlying Lawsuit alleges that Gomez-Acevedo failed to exercise reasonable care, as the driver of the Silverado, at the time of the subject loss.

26. The Underlying Lawsuit further alleges that Gomez-Acevedo is the only "at-fault" entity with regard to the subject loss.

27. An August 15, 2023, correspondence from counsel for Quezada Carrera advised UFCC of the Underlying Lawsuit and stated that Quezada Carrera

COMPLAINT FOR DECLARATORY RELIEF - 5
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

had requested UFCC open an Underinsured Motorist claim in connection with the subject loss.

28. UFCC promptly opened a UIM claim in response to Defendant Quezada Carrera's request.

29. Based upon the Complaint filed in the Underlying Lawsuit and the August 15, 2023 letter from Defendant Quezada Carrera's counsel, it appears that Defendant Quezada Carrera is asserting he is entitled to UIM benefits because the UFCC Policy issued to Alfonso Hernandez was insufficient to cover Defendant Quezada Carrera's damages.

## IV.   THE UFCC POLICY

### A.   Identification of the UFCC Policy

30. UFCC issued a Washington Commercial Auto Policy of insurance to Defendant Hernandez, policy number 01507436-004 (hereinafter, the "UFCC Policy"). The UFCC Policy was in effect from December 18, 2021, to June 18, 2022.

31. The Policy contains Form 6912 and includes a single liability limit of $1,000,000 per occurrence for Bodily Injury and Property Damage.

### B.   Provisions of the UFCC Policy

32. The Policy contains the following Underinsured Motorist Coverage Endorsement:

COMPLAINT FOR DECLARATORY RELIEF - 6
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

>Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.
>
>**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy, and related endorsements, is modified as follows:
>
>**INSURING AGREEMENT—UNDERINSURED MOTORIST BODILY INJURY COVERAGE**
>
>Subject to the Limits of Liability, if **you** pay the premium for Underinsured Motorist Bodily Injury Coverage, **we** will pay for damages, other than punitive or exemplary damages, which an insured is legally entitled to recover from the owner or operator of an **underinsured auto** because of **bodily injury**:
>
>1. sustained by an **insured**;
>2. caused by an **accident**; and
>3. arising out of the ownership, maintenance, or use of an **underinsured auto**.

2852 WA (02/19) as modified by Z228 (01/11).

33. The Underinsured Motorist Coverage Endorsement contains the following relevant definitions:

>**ADDITIONAL DEFINITIONS**
>
>When used in this endorsement, whether in the singular, plural, or possessive:
>
>1. **"Insured"** means:
>   a. if the named insured shown on the **declarations page** is a natural person:
>       (i) **you** or a **relative**;
>       (ii) any person **occupying your**

COMPLAINT FOR DECLARATORY RELIEF - 7
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

      **insured auto** or a **temporary substitute auto**; and

  (iii) any person who is entitled to recover damages covered by this endorsement because of **bodily injury** sustained by a person described in (i) or (ii) above; or

…

6. **"Underinsured auto"** means an **auto** or trailer of any type:
 a. to which no bodily injury liability bond or policy applies at the time of the **accident**;
 b. to which a bodily injury liability bond or policy applies at the time of the **accident**, but the bonding or insuring company:
  (i) denies coverage; or
  (ii) is or becomes insolvent;

…

An **"underinsured auto"** does not include any motorized auto or equipment:
 a. **owned** by, furnished to, or available for the regular use of **you** or, if the named insured is a natural person, a **relative**. However, this exclusion to the definition of **underinsured auto** does not apply to an **insured auto** with respect to **bodily injury** to **you** or, if the named insured is a natural person, a **relative**;
 b. **owned** by any governmental unit or agency. However, this exclusion to the definition of **underinsured auto** does not apply if the governmental entity is unable to satisfy a claim

COMPLAINT FOR DECLARATORY RELIEF - 8
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

                    because of financial inability or its insolvency;
- c. designed mainly for use off public roads, while not on public roads;
- d. while being used as a residence or premises; or
- e. not required to be registered as a motor vehicle

2852 WA (02/19) as modified by Z228 (01/11).

    34.    The Underinsured Motorist Coverage Endorsement in the Policy contains the following exclusions:

> **EXCLUSIONS—READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS ENDORSEMENT.**
>
> 1. Coverage under this endorsement is not provided for **bodily injury** sustained by any person while using or **occupying**:
>    a. an **insured auto** without the express or implied permission of **you** or, if the named insured is a natural person, a **relative**;
>
>    …
>
>    c. an **auto** or device of any type designed to be operated on the public roads that is **owned** by, furnished to, or available for the regular use of **you** or, if the named insured is a natural person, a **relative**, other than an **insured auto** or **temporary substitute auto**; or
>
>    …

COMPLAINT FOR DECLARATORY RELIEF - 9
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

       2.     Coverage under this endorsement will not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar laws:
          a.    Industrial Insurance Act of Washington (Washington Revised Code Title 51);
          b.    workers' compensation law; or
          c.    disability benefits law.

2852 WA (02/19) as modified by Z288 (01/11).

35.    The Policy contains the following Worker's Compensation exclusion:

       3.    **Worker's Compensation**
Any obligation for which an **insured** or an insurer of that **insured**, even if one does not exist, may be held liable under the Industrial Insurance Act of Washington (Washington Revised Code Title 51), workers' compensation, unemployment compensation, disability benefits law, or any similar law.

       5.    **Employee Indemnification and Employer's Liability**
**Bodily injury** to:
          a.    An **employee** of any **insured** arising out of or within the course of:

              (i)    That **employee's** employment by any **insured**; or
              (ii)   Performing duties related to the conduct of any **insured's** business; or

          b.    This exclusion applies to any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMPLAINT FOR DECLARATORY RELIEF - 10
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

6912 (02/19) as modified by 4881 WA (02/19).

36. The UFCC Policy contains the following Fellow Employee exclusion:

> 6. **Fellow Employee**
>
>    **Bodily injury** to:
>    a. a fellow **employee** of an **insured** injured while within the course of their employment or while performing duties related to the conduct of **your** business.
>    b. the spouse, child, parent, brother, or sister of that fellow **employee** as a consequence of Paragraph a. above.

6912 (02/19).

37. The UFCC Policy also includes the following provision regarding duties in the event of an accident or loss:

> **DUTIES IN THE EVENT OF AN ACCIDENT OR LOSS**
>
> A person seeking coverage must:
>
> 1. cooperate with **us** in any matter concerning a claim or lawsuit;
>
> …
>
> 3. allow **us** to take signed and recorded statements, including sworn statements and examinations under oath, which **we** may conduct outside the presence of **you**, a **relative**, or any person claiming coverage, and answer all reasonable questions **we** may ask as often as **we** may reasonably require;
> 4. promptly call **us** to notify **us** about any claim or lawsuit and send **us** any and all legal papers relating to any claim or lawsuit;

COMPLAINT FOR DECLARATORY RELIEF - 11
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

        5.      attend hearings and trials as **we** require;

…

        10.    authorize **us** access to **your** business or personal records as often as **we** may reasonably require.

6912 (02/19).

## V. THERE ARE ACTUAL AND JUSTICIABLE CONTROVERSIES AS TO UFCC'S COVERAGE OBLIGATIONS

38. The UFCC Policy provides coverage for damages, other than punitive or exemplary damages, which an "insured" is legally entitled to recover from the "owner" or operator of an "underinsured auto" because of "bodily injury" sustained by an "insured," caused by an "accident," and arising out of the ownership, maintenance, or use of an "underinsured auto."

39. "Underinsured auto" is defined as an "auto" or trailer of any type to which no bodily injury liability bond or policy applies at the time of the "accident" or to which a bodily injury liability bond or policy applies at the time of the "accident," but the bonding or insuring company denies coverage or is or becomes insolvent.

40. An "underinsured auto" does not include any motorist auto or equipment owned by, furnished to, or available for the regular use of "you" or, if the named insured is a natural person, a relative.

41. However, the exclusion to the definition of "underinsured auto" does

COMPLAINT FOR DECLARATORY RELIEF - 12
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

not apply to an "insured auto" with respect to "bodily injury" to "you" or, if the named insured is a natural person, a relative.

42. Here, the named insured on the declarations page is Alfonso Hernandez, a natural person, and the Silverado involved in the subject loss is listed as an "insured auto" on the declarations page of the UFCC Policy.

43. There is an actual and justiciable controversy as to whether the Silverado Jorge Gomez-Acevedo was driving at the time of the subject loss is qualifies as an "underinsured auto" under the definitions in the UFCC Policy because it was owned by Alfonso Hernandez.

44. The UFCC Policy excludes coverage under the Underinsured Motorist Coverage Endorsement for "bodily injury" sustained by any person while occupying an insured auto without the express or implied permission of "you" or, if the named insured is a natural person, a "relative."

45. There is an actual and justiciable controversy as to whether any of the occupants of the Silverado at the time of the loss had express or implied permission from Alfonso Hernandez to use or occupy the Silverado.

46. The UFCC Policy does not provide coverage under the Underinsured Motorist Coverage Endorsement either directly or indirectly to benefit any insurer or self-insurer under the Industrial Insurance Act of Washington, any workers' compensation law, any disability benefits law, or any other similar laws.

COMPLAINT FOR DECLARATORY RELIEF - 13
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

47. There is an actual and justiciable controversy as to whether Defendant Quezada Carrera was an employee of Alfonso Hernandez and whether they have received benefits under the Industrial Insurance Act of Washington, any workers' compensation law, any disability benefits law, or any other similar laws, pursuant to their employment.

48. The UFCC Policy excludes coverage, including UFCC's duty to defend, for any liability assumed by an insured in any contract or agreement, except for an "insured contract" that was executed prior to the occurrence of any "bodily injury."

49. There is an actual and justiciable controversy as to whether Defendant Quezada Carrera's claims arise out of any liability that Alfonso Hernandez assumed under an "insured contract" as that term is defined in the UFCC Policy.

50. The Policy excludes coverage, including UFCC's duty to defend, for any obligation for which an insured or an insurer of that insured may be held liable under the Industrial Insurance Act of Washington, workers' compensation, unemployment compensation, disability benefits, or any similar law.

51. There is an actual and justiciable controversy as to whether any such obligation exists under the Industrial Insurance Act of Washington, workers' compensation, unemployment compensation, disability benefits, or any similar law on the part of Alfonso Hernandez or an insurer of Alfonso Hernandez.

COMPLAINT FOR DECLARATORY RELIEF - 14
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

52. The Policy excludes coverage, including UFCC's duty to defend, for "bodily injury" to an "employee," as that term is defined, of any insured arising out of or within the course of the employee's employment by any insured or performing duties related to the conduct of any insured's business.

53. There is an actual and justiciable controversy as to whether Defendant Quezada Carrera and the other occupants of the Silverado were "employees" of Alfonso Hernandez

54. There is an actual and justiciable controversy as to whether the occupants of the Silverado were injured while within the course of that employment, or while performing duties related to Alfonso Hernandez's business at the time of the loss.

55. The Policy provides that failure to comply with the terms and conditions of the Policy may preclude coverage if such failure to comply prejudices UFCC's ability to investigate or defend the claims.

56. There is an actual and justiciable controversy as to whether Defendants Quezada Carrera has complied with the terms and conditions of the policy.

57. There is an actual and justiciable controversy as to whether UFCC owes any defense or indemnity to Alfonso Hernandez under the UFCC policy.

58. UFCC reserves the right to assert any other exclusions or grounds for

COMPLAINT FOR DECLARATORY RELIEF - 15
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

which coverage for the claims asserted by Defendant Quezada Carrera may be excluded under the UFCC Policy.

## VI. CAUSE OF ACTION FOR DECLARATORY RELIEF

59. Pursuant to and in accordance with 28 U.S.C. § 2201, UFCC requests that the Court grant declaratory relief in its favor and enter a judicial determination that Defendant Carrera is not entitled to coverage under the policy of insurance issued by UFCC to Alfonso Hernandez. UFCC further requests that the Court enter a judicial determination that UFCC owes no defense and indemnity obligation to Alfonso Hernandez and Jorge Gomez-Acevedo for any claims arising out of the subject loss that are asserted against them by Defendant Carrera.

## VII. PRAYER FOR RELIEF

UFCC, having alleged the foregoing, does now hereby pray for relief as follows:

1. For a declaration that Defendant Carrera is not entitled to coverage under the policy of insurance issued by UFCC to Alfonso Hernandez.

2. For a declaration that UFCC owes no defense obligation to Hernandez and/or Gomez-Acevedo for any claims asserted against them arising from the subject loss.

3. For a declaration that UFCC owes no indemnity obligation to Hernandez and/or Gomez-Acevedo for any claims asserted against them arising

COMPLAINT FOR DECLARATORY RELIEF - 16
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

from the subject loss.

4.     For all interest allowed by law.

5.     For attorney fees and costs allowed by statute and law.

6.     For other and further relief as the Court deems just and equitable.

DATED this 4th day of December 2023.

                                        LETHER LAW GROUP

*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
eneal@letherlaw.com
*Counsel for Plaintiff, United Financial Casualty Company*

COMPLAINT FOR DECLARATORY RELIEF - 17
CAUSE NO.: 2:23-cv-354

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544